**04**CV **1 1 7 4 7** RCL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

JUN28'04 PM 1:22 USB

FEE NOT PAID

In Re:

Phillip W. Hyde,

      Debtor.

)
)
)
)
)
)
)
)

No. 03-14530-JNF
Chapter 7
Judge Joan N. Feeney

## NOTICE OF APPEAL

The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago, a creditor, through counsel, appeals under 28 U.S.C. § 158(a) from the order of the bankruptcy judge granting the Motion of Debtor to Avoid Lien Pursuant to 11 U.S.C. § 522(f), entered in this main bankruptcy proceeding on June 18, 2004 as docket entry 54.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| Appellant-creditor: | Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago |
| Appellant's counsel: | William W. Leathem, Esq.<br>Jacobs Burns Orlove Stanton & Hernandez<br>122 S. Michigan Avenue<br>Suite 1720<br>Chicago, Illinois 60603<br>(312) 372-1646 |
| Appellant's local counsel: | William R. Moorman, Jr., Esq. (BBO#548593)<br>Craig and Macauley<br>   Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 |

Appellant's local counsel:      Terrence E. Coles, Esq (BBO # 600084)
                                Pyle, Rome, Lichten & Ehrenberg, P.C.
                                18 Tremont Street, Suite 500
                                Boston, MA  02108
                                (617) 367-7200


Appellee-debtor:                Phillip Hyde

Appellee's counsel:             Richard L. Blumenthal, Esq.
                                Silverman & Kudisch, P.C.
                                1320 Centre Street, Suite 203
                                Newton Center, MA  02459
                                (617) 527-1150



                                BOARD OF TRUSTEES OF THE PUBLIC
                                SCHOOL TEACHERS' PENSION AND
                                RETIREMENT FUND OF CHICAGO


                                By its Attorneys


Dated: June 28, 2004            William R. Moorman, Jr. (BBO#548593)
                                Craig and Macauley
                                  Professional Corporation
                                Federal Reserve Plaza
                                600 Atlantic Avenue
                                Boston, MA 02210
                                (617) 367-9500

                                and

                                William W. Leathem, Esq.
                                Jacobs Burns Orlove Stanton & Hernandez
                                122 S. Michigan Avenue
                                Suite 1720
                                Chicago, Illinois 60603
                                (312) 372-1646

2

UNITED STATES BANKRUPTCY COURT   JUN28'04 PM 1:22 USB
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In Re:* ) | |
| ) | |
| Phillip W. Hyde, ) | |
| ) | No. 03-14530-JNF |
| Debtor. ) | Chapter 7 |
| ) | Judge Joan N. Feeney |
| ) | |

## CERTIFICATE OF SERVICE

I, William R. Moorman, Jr., hereby certify that on June 28, 2004 I caused copies of the *Notice of Appeal* to be served on the parties set forth below at the addresses indicated thereon by first class United State mail, postage prepaid.

Richard L. Blumenthal, Esq.
Silverman & Kudisch, P.C.
1320 Centre Street, Suite 203
Newton Center, MA 02459

Terrence E. Coles, Esq.
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

William W. Leathem, Esq.
Jacobs Burns Orlove Stanton
 & Hernandez
122 S. Michigan Avenue
Suite 1720
Chicago, IL 60603

_____
William R. Moorman, Jr.

Dated:  June 28, 2004

3