UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:   PHILLP W. HYDE

BANKRUPTCY APPEAL

CIVIL ACTION NO. 04-11747-RCL

### O R D E R

LINDSAY, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on   August 9, 2004   ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before   August 25, 2004   and the Appellee's brief shall be filed on or before   September 9, 2004   . The Appellant may file and serve a reply brief on or before   September 20, 2004   .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

August 10, 2004
Date

S/ Catherine M. Gawlik
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                                                                          [bro.]