UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In Re:* | ) | |
| | ) | |
| Phillip W. Hyde, | ) | No. 04-11747-RCL |
| | ) | Judge Reginald C. Lindsay |
| Debtor. | ) | |

### STIPULATION TO DISMISS APPEAL

The parties to this appeal, appellant-creditor Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago ("Fund"), and appellee-debtor Phillip W. Hyde, through their respective counsel, submit this Stipulation to Dismiss Appeal pursuant to Fed.R.App.P. 42.

1. On June 28, 2004, the Fund filed a notice of appeal under 28 U.S.C. § 158(a) from the order of the bankruptcy judge granting the Motion of Debtor to Avoid Lien Pursuant to 11 U.S.C. § 522(f), entered in the main bankruptcy proceeding on June 18, 2004.

2. The notice of appeal was received in this Court on August 9, 2004, and docketed August 10, 2004.

3. The parties, through counsel, have agreed to dismiss the appeal with each party agreeing to bear their own attorneys' fees and costs.

4. All required fees in this matter have been paid.

WHEREFORE, the parties respectfully request that the Court approve their Stipulation to Dismiss Appeal and enter an order dismissing the appeal on the terms stated.

Respectfully submitted,

Dated: 8/23/04

_____
Counsel for Appellant-creditor, Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago

William W. Leathem
Jacobs Burns Orlove Stanton & Hernandez
122 S. Michigan Avenue
Suite 1720
Chicago, Illinois 60603
(312) 372-1646

**Local counsel:**
William R. Moorman, Jr. (BBO #5 48593)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

Terrence E. Coles (BBO # 600084)
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: 8/23/04

_____
Counsel for Appellee-debtor Phillip Hyde
Richard L. Blumenthal, esq.
Silverman & Kudisch, P.C.
1320 Centre Street, Suite 203
Boston, MA 02459
(617) 527-1150

2

ENTERED: _____          _____
                                  Honorable Reginald C. Lindsay
                                  United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*In Re:*                               )
                                       )
Phillip W. Hyde,                       )
                                       )   No. 04-11747-RCL
       Debtor.                    )
                                       )   Judge Reginald C. Lindsay

## CERTIFICATE OF SERVICE

    I, William R. Moorman, Jr., hereby certify that on August 23, 2004, I caused a copy of the attached **Stipulation To Dismiss Appeal** to be sent by first class mail, postage prepaid, to:

United States Trustee
John P. Fitzgerald
Paula Bacchtell
1184 O'Neill Federal Building
10 Causeway Street
Boston, MA  02222-1043

Richard L. Blumenthal, Esq.
Attorney for Debtor Phillip Hyde
Silverman & Kudisch, PC
1320 Centre St., Suite 203
Newton Center, MA  02459

                                                        _____
                                                        William R. Moorman, Jr.